COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| WORCESTER, SS | U.S. DISTRICT COURT |
| | DISTRICT OF MASSACHUSETTS |

ANNA CRUZ and )
GEOVANNY PERLA, )
    Plaintiffs )
)
V. )    DOCKET NO. 08-40050-FDS
)
DAVID M. MORRISON, M.D., )
and UMASS MEMORIAL )
MEDICAL CENTER, INC., )
    Defendants. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

    The parties in the above-captioned matter, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that this action be dismissed with prejudice, without costs, and waiving all rights of appeal. No payments were made on behalf of David M. Morrison, M.D., in consideration of this dismissal.

| | |
|---|---|
| Plaintiffs, | Defendants, |
| By Counsel, | By Counsel, |
| | |
| /s/ Abigail R. Williams | /s/ Kenneth R. Kohlberg |
| Abigail R. Williams, Esq. | Kenneth R. Kohlberg, Esq. |
| BBO No. 559245 | BBO No. 556534 |
| Abigail Williams & Associates, P.C. | McCarthy, Bouley & Barry, P.C. |
| 340 Main Street, Suite 330 | 47 Thorndike Street |
| Worcester, MA 01608 | Cambridge, MA 02141 |
| (508) 795-1955 | (617) 225-2211 |
| | |
| **Dated: October 15, 2010** | **Dated: October 15, 2010** |