COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| WORCESTER, SS | U.S. DISTRICT COURT |
| | DISTRICT OF MASSACHUSETTS |

ANNA CRUZ and  
GEOVANNY PERLA,  
    Plaintiffs

V.                                          DOCKET NO. 08-40050-FDS

DAVID M. MORRISON, M.D.,  
and UMASS MEMORIAL  
MEDICAL CENTER, INC.,  
    Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

      The parties in the above-captioned matter, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that this action be dismissed with prejudice, without costs, and waiving all rights of appeal. No payments were made on behalf of David M. Morrison, M.D., in consideration of this dismissal.

| | |
|---|---|
| Plaintiffs, | Defendants, |
| By Counsel, | By Counsel, |
| | |
| /s/ Abigail R. Williams | /s/ Kenneth R. Kohlberg |
| Abigail R. Williams, Esq. | Kenneth R. Kohlberg, Esq. |
| BBO No. 559245 | BBO No. 556534 |
| Abigail Williams & Associates, P.C. | McCarthy, Bouley & Barry, P.C. |
| 340 Main Street, Suite 330 | 47 Thorndike Street |
| Worcester, MA 01608 | Cambridge, MA 02141 |
| (508) 795-1955 | (617) 225-2211 |
| | |
| **Dated: October 15, 2010** | **Dated: October 15, 2010** |

## CERTIFICATE OF SERVICE

      I, Kenneth R. Kohlberg, Esq., hereby certify that this document filed through the EFC system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 22nd day of October 2010.

                                                                            /s/ Kenneth R. Kohlberg  
                                                                             Kenneth R. Kohlberg, Esq.